1. Norman Anthony Brown C-52068
2. 2075 W. El Camino Ave. #588
3. Sacramento CA, 95833

ORIGINAL

Related DDJ

United States District Court
Central District of California
Western Division

Fee Due

FILED
CLERK, U.S. DISTRICT COURT
MAY 10 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DTA DEPUTY

5:21cv839-CBM-JEM

Norman Anthony Brown
  Petitioner
  pro/se
   V.
Kathleen Allison
Director of Corrections
  Respondant

28 U.S.C. 2254

Writ of Habeus Corpus

Pro/se Petitioner
Bounds v. Smith

(ISSUE)

Petitioner Norman Anthony Brown Held in custody/Parole under sentence that violates Federal Law.

Petitioner has Due Process Right to be Re-sentenced based on Accurate information United States v. Bigman (9th cir 1990)

1.

1. ## Claim.

2. The Petitioner Norman Brown was not afforded
3. <u>Due Process</u> re-sentencing Procedures by
4. the state of California.              Exhibit ( )

<u>Substantial Right to Liberty Abridged</u>
5. <u>Hill v. United States</u> 368 U.S. 424 428 (1962)

6. <u>Reed v. Farley</u>     512 U.S. 339 350 354 (1994)

---

7. This Petitioner in <u>Pro/se</u> could not have known the
8. context and the legal significance of documents
9. with held within Petitioners Prison files.

10.     <u>Sanders v. United States</u> 373 U.S. at 10

1. **2244(b)**

2. **Newly Discovered Evidence**

3. Petitioner NORMAN BROWN comes forth with Legal Processing memo from within Petitioners prison central file. The memo Identifies statutory sentence discrepancy within the mid term choice. Penal code 261(2) of which Petitioner was sentenced is in question.

Petitioner includes Abstract of Judgement and CDCR Legal Status summary sheet reflecting Petitioners Penal codes. These documents obtained earlier thru Petitioners prison appeals.

Dobbs/Zant (supra) (1993)

3.

Suppressed Legal Processing memo

Dated...

Sept. 23 1998

Dobbs/Zant (Supra)(1993)

4.

STATE OF CALIFORNIA--YOUTH AND ADULT CORRECTIONAL AGENCY　　　　　　　　　　　　　　　　　　　　　　　PETE WILSON, Governor

**DEPARTMENT OF CORRECTIONS**
Legal Processing Unit
P.O. Box 942883
Sacramento, CA 94283-0001
(916) 323-7407



September 23, 1998

The Honorable John H. Barnard
Judge of the Superior Court
County of Riverside
4050 Main Street
Riverside, CA 92501

SECOND REQUEST

We have not received an answer to our first letter. In order to process the legal documents on Subject's commitment in a timely manner, we would appreciate a response by the Court as early as possible. Thank you.

1/11/99   R. Bernal
Date     Corr. Case Records Specialist

Re: BROWN, Norman Anthony
CDC No.: C-52068
Case No.: CR-19235
Date of Sentence: August 10, 1982

Dear Judge Barnard:

A review of the documents delivered with the above-named inmate indicates the Abstract of Judgment may be in error, or incomplete, for the following reasons:

The Abstract of Judgment reflects Counts 4, 6 and 7, PC 261(2) Forc. Rape, consecutive full term with the middle term of 7 years imposed. The sentencing range for PC 261(2) is 3, 6 or 8 years.

Please review your file to determine if a correction is required. When notified by the Department of Corrections that an illegal sentence exists, the trial court is entitled to reconsider all sentencing choices, *People v Hill, 185 Cal. App. 3d 831.* We would appreciate your providing a certified copy of any Minute Order or modified Abstract of Judgment to this Department. May we also request the attached copy of this letter be returned with your response. If this case is under appellate review, please forward a copy of this letter to the appellate attorney.

Sincerely,

KATHY MOORE
Correctional Case Records Manager

*Rosie Bernal*

BY:　ROSIE BERNAL
　　　Correctional Case Records Analyst

cc:　District Attorney
　　　Public Defender
　　　Inmate
　　　C-File

INMATE COPY

Rec'd LTR from Judge

# Exhibit

The Petitioners Abstract of Judgement

Riverside County Superior Court

August 10th 1982
Sentencing Hearing

**ABSTRACT OF JUDGMENT — COMMITMENT**   POOR ORIGINAL   FORM DSL 29

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**
BRANCH _____
COURT I.D. **33**

PEOPLE OF THE STATE OF CALIFORNIA versus [X] PRESENT
DEFENDANT: **NORMAN ANTHONY BROWN**
AKA: _____

CASE NUMBER(S): **CR-19235** -A / -B / -C / -D / -E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT   [X] AMENDED ABSTRACT

DATE OF HEARING (MO/DAY/YR): **08/10/82**   DEPT. NO.: **14**   JUDGE: **JOHN H. BARNARD**   CLERK: **A. MILLER**
REPORTER: **K. SMITH**   COUNSEL FOR PEOPLE: **P. MAGERS**   COUNSEL FOR DEFENDANT: **Wm. BARNETT**   PROBATION NO. OR PROBATION OFFICER: **D. MOORE, JR.**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
[X] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTION BY (JURY/COURT/PLEA) | TERM | CONCURRENT | CONSEC 1/3 VIOL | CONSEC 1/3 NON-VIOL | CONSEC FULL TRIAL | INCOMPLETE SENTENCE | CS-REPEB | STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS/MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 207 | KIDNAPPING | 81 | 07/07/82 | X | M | | | | | | | X | 0 / 0 |
| 2 | PC | 211 | ROBBERY | 81 | 07/07/82 | X | M | | | | | | | X | (3) / 0 |
| 3 | PC | 288a(d) | ORAL COP (CONC) | 81 | 07/07/82 | X | M | | | | X | | | | 7 / 0 |
| 4 | PC | 261(2) | FORC. RAPE (CONC) | 81 | 07/07/82 | X | M | | | | X | | | | 7 / 0 |
| 5 | PC | 288a(d) | ORAL COP (CONC) | 81 | 07/07/82 | X | M | | | | X | | | | 7 / 0 |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):
(12022(a), 12022(b), 12022.3(a), 12022.3(b), 12022.5, 12022.6(a), 12022.6(b), 12022.7, 12022.8) — all blank

3. INCOMPLETE SENTENCE(S) CONSECUTIVE:
COUNTY / CASE NUMBER / CREDIT FOR TIME SERVED — blank

5. A. NUMBER OF PRIOR PRISON TERMS: 667.5(a), 667.5(b), 667.6(b) — all blank
B. NUMBER OF PRIOR FELONY CONVICTIONS: 667.6(a) — blank

4. OTHER ORDERS: Stay to become permanent upon completion of other counts.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A): **48 / 0**
7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]: _____
8. TOTAL TERM IMPOSED: → **69 / 0**

9. EXECUTION OF SENTENCE IMPOSED:
[X] A. AT INITIAL SENTENCING HEARING
[ ] B. AT RESENTENCING PURSUANT TO DECISION ON APPEAL
[ ] C. AFTER REVOCATION OF PROBATION
[ ] D. AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC§1170(d))

10. DATE SENTENCE PRONOUNCED: **08/10/82**
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS **391** INCLUDING: ACTUAL LOCAL TIME **261**, LOCAL CONDUCT CREDITS **130**, STATE INSTITUTIONS: [ ] DMH [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY): _____

CLERK OF SUPERIOR COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: *E. Jones*   DATE: **NOV 16 1982**

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290
Pen.C. 1213.5

DISTRIBUTION: PINK COPY — COURT FILE.   YELLOW COPY — DEPARTMENT OF CORRECTIONS.   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURT

**POOR ORIGINAL**

## ABSTRACT OF JUDGMENT — COMMITMENT
### ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**
BRANCH _____

COURT I.D. 3.13.

PEOPLE OF THE STATE OF CALIFORNIA versus [X] PRESENT
DEFENDANT: **NORMAN ANTHONY BROWN** [ ] NOT PRESENT
AKA:

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT [X] AMENDED ABSTRACT

CASE NUMBER(S): CR-19235 -A, -B, -C, -D, -E

DATE OF HEARING (MO/DAY/YR): 08 10 82

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTION BY (JURY/COURT/PLEA) | TERM | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS / MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 07 82 | X | M | | | | | | X | 7 / 0 |
| 7 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 07 82 | X | M | | | | | | X | 7 / 0 |
| 8 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 07 82 | X | M | | | | | | X | 7 / 0 |
| 9 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 07 82 | X | M | | | | | | X | 7 / 0 |
| 10 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 07 82 | X | M | | | | | | X | 7 / 0 |
| 11 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 07 82 | X | M | | | | | | X | 7 / 0 |
| 12 | PC | 289 | PEN.W/FOREIGN OB | 81 | 07 07 82 | X | M | | | | | | X | 6 / 0 |

TOTAL: 48 / 0

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 |
|---|---|---|---|---|---|---|---|---|---|

TOTAL:

3. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: **48 / 0**

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code 1203.01. Attachments may be used but must be incorporated by reference.

Adopted by the Council of California, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT FORM DSL 290-A

CRC
Pen. C. 1213.5.

P.C. 261 (2)

mid term is 6 years

6.

```
:AL STATUS SUMMARY  TYPE-   D       LAC          ** DISCREPANT **   04/28/98 20:52
CDC NUMBER  |  NAME                                     |ETHNIC|    BIRTHDATE
  C52066    |  BROWN,NORMAN,ANTHONY                     | BLA  |    04/15/1963

TERM STARTS |  MAX REL DATE                MAX ADJ REL DT |  CURRENT REL DT
 08/19/1982 |   05/06/2050                   05/06/2050   |    10/12/2040

SE TERM  7/00 + ENHCMNTS  62/00 = TOT TERM  69/00         | PAROLE PERIOD
                                                          | 3 YRS

RE-PRISON & POST SENTENCE CREDITS
LAW       PZ900-5 PZ203-3 PZ900-1 CRC-CRED WH-CRED P4019  PZ931 POST-SENT  TOT
R19Z35       Z61                                    130                 8   399

EGISTRATION REQUIRED PER PC290
OTIFICATION REQUIRED PER PC290.2
OTIFICATION REQUIRED PER PC3058.6


RECV DT/ COUNTY/       CASE     SENTENCE DATE              CREDIT    OFFENSE
 CNT     OFF-CODE      DESCRIPTION                         CODE      DATE

ONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

-CONTROLLING CASE --
8/19/1982  RIV   CR19Z35        8/10/1982
 03 PZ88A(D)     ORAL COP/CONCERT                                    1   10/13/1981
 04 PZ61(2)      RAPE/RESIST F/V                            CS       1   10/13/1981
 05 PZ88A(D)     ORAL COP/CONCERT                           CS       1   10/13/1981
 06 PZ61(2)      RAPE/RESIST F/V                            CS       1   10/13/1981
 07 PZ61(2)      RAPE/RESIST F/V                            CS       1   10/13/1981
 08 PZ88A(D)     ORAL COP/CONCERT                           CS       1   10/13/1981
 09 PZ88A(D)     ORAL COP/CONCERT                           CS       1   10/13/1981
 10 PZ88A(D)     ORAL COP/CONCERT                           CS       1   10/13/1981
 11 PZ88A(D)     ORAL COP/CONCERT                           CS       1   10/13/1981
 12 PZ89         RAPE FOREIGN OBJ                           CS       1   10/13/1981


ITP WAIVER                BEGINNING   CREDIT    TOTAL    TOTAL      NET
   DATE                    BALANCE    APPLIED   LOST     RESTORED   TOTAL
 1/01/1985                   3420      3973     601       121        3493

EDITS AUTO VESTED PER PC-2934 :   71

AN                                              RULE      VIOL
PE        DATE       END DATE    LOG NUMBER     NUMBER    CAT  DAYS

 C     02/01/1998   04/14/1996                                   73


****** CONTINUED ******
```

Norman Anthony Brown )
            Plaintiff, )
                              ) CASE NO.
        v. )
Kathleen Allison, ) PRISONER'S
Director of corrections ) IN FORMA PAUPERIS
            Defendant. ) APPLICATION

I, __Norman Brown__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __None__   Net: __None__

Employer: __None__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

__Newspaper Route as a teenager__

7.

App 15 A 86

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment          Yes \_\_\_\_  No  ✓
   b. Income from stocks, bonds, or royalties?         Yes \_\_\_\_  No  ✓
   c. Rent payments?                                    Yes \_\_\_\_  No  ✓
   d. Pensions, annuities, or life insurance payments?  Yes \_\_\_\_  No  ✓
   e. Federal or State welfare payments, Social Security or other government source?  Yes \_\_\_\_  No  ✓

   If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

   I AM ON PArole / I recieve AN EBT card

3. Are you married?    Yes \_\_\_\_    No  ✓

   Spouse's Full Name: _____

   Spouse's Place of Employment: _____

   Spouse's Monthly Salary, Wages or Income:

   Gross $_____    Net $_____

4. a. List amount you contribute to your spouse's support:

   $ _____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

   NONE

5. Do you own or are you buying a home?   Yes \_\_\_\_   No  ✓

   Estimated Market Value: $_____    Amount of Mortgage: $_____

6. Do you own an automobile?   Yes  ✓   No \_\_\_\_

   Make ~~~~~ HONDA    Year 2004    Model Civic

   Is it financed? Yes \_\_\_\_   No  ✓   If so, Total due: $ _____

   Monthly Payment: $ _____

8.

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No ✓

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash?   Yes _____  No ✓   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____ No ✓

8. What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ EBT card 200.00   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

None

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court. On Parole, contact Agent

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/2/21
DATE

_____
SIGNATURE OF APPLICANT

9.

## Memorandum in Support

For the state not to act on the Legal Processing memo for 23 years has produced error in the re-sentencing procedure inconsistant with the rudimentary demands of fair procedure.

## Right at Stake

Defendant entitled to be sentenced / Held in custody under the correct Law and accurate information A violation of that right continues to affect an incarcerated defendants treatment during later stages of the correctional process. Claim can be heard on the existance of factual record

<u>Hill v. United States</u> (supra) (1962)
<u>14th Amendment Due Process</u>
<u>Substantial Right to Liberty</u>

10.

## Relief

Petitioner Requests Relief that
"Law and Justice Require"

### 28 USC. 2243

MAY 2nd 2021

Respectfully submitted:

Norman Anthony Brown

*/s/ Norman Anthony Brown*

11.

## Memorandum in Support II

Petitioner has Right to be sentenced/Held on Accurate Information

   Townsend/Burke (supra) (1948)

   U.S. Vanderwerfhorst (9th cir 2009)

   5th Amendment

   Heck v. Humphrey 512 U.S. 477 (1994)

12.

1. Proof of Service by Mail (CCP § 1013(a) & 2015.5; 28 USC 1746)

3. I declare that:

4. I am a resident of the County of __SACRAMENTO__, California. I am
5. over the age of eighteen years. My residence address is:
6. __2075 W. EL CAMINO AVE #588__
7. __SACRAMENTO, CA. 95833__
8. On __MAY__ I served the attached __Writ of Habeus Corpus__

11. on the __Central District Court__ in said case, by placing a true copy thereof enclosed
12. in a sealed envelope with postage thereon fully paid in the United States mail at
13. __SACRAMENTO__
14. addressed as follows __United States District Court__
15. __Central District of CA.__
16. __Western Division__
17. __312 North Spring Street Rm. G-8__
18. __Los Angeles, CA. 90012__
19. I declare under penalty of perjury under the laws of the State of California that the foregoing is
20. true and correct, and that this declaration was executed on (date) __MAY 2nd 2021__,
21. at __SACRAMENTO__, California.
22. Type or print name: __NORMAN BROWN__
23. Signature: __No B__

Houston / Lack (supra) (1988)

13.



Norman Anthony Brown C-52068
2075 W. El Camino Ave #588
Sacramento, CA.
95833

ATTN
To clerk of the court

United States District
Central District o
western Divisi
312 North Spring S
Los Angeles

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 10 2021
CENTRAL